IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALLSTATE INSURANCE COMPANY,**

      Plaintiff,

v.                                                           No. CIV 07-125 BB/RLP

**DONALD F. ROMERO and
THERESA ROMERO,**

      Defendants.

## ORDER FOR REPORT

JUDGE JOHNSON stayed this action on July 30, 2007, pending the outcome of the state court proceedings in *Jordan v. Allstate Insurance Company*, No. D-0101-CV-2007-00309. On April 11, 2008, this case was transferred to me. The Parties are directed to file a biannual joint status report beginning on or before June 26, 2009, and thereafter every six months, setting forth the present posture of both this case and the *Jordan* state court case.

SO ORDERED this 5th day of June, 2009.

                                                                       */s/ Bruce D. Black*
                                                                       **BRUCE D. BLACK**
                                                                       **United States District Judge**